```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

WILSON ERIC CUEVAS,

                    Plaintiff,            MEMORANDUM & ORDER
                                          19-CV-6518(EK)(JRC)
          -against-

CAPTAIN ISLAM and CORRECTION OFFICER
ABDELSHAFY,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated August 30, 2022.  ECF No. 74.  Judge Cho recommends that this case be dismissed for failure to prosecute and for failure to comply with court orders.  No party has filed objections, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, the case is dismissed.  Defendants' pending motion for summary judgment, ECF No. 59, is denied as moot.  The

Clerk of Court is respectfully directed to enter judgment in favor of Defendants and to close this case.

       SO ORDERED.

                                      /s/ Eric Komitee
                                    ERIC KOMITEE
                                    United States District Judge

Dated:    September 30, 2022
            Brooklyn, New York